UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LATONYA STEWART

VERSUS

KEVIN MCCREE AND USA TRUCK, INC.

CIVIL ACTION

NUMBER 10-249-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion for Remand[1] filed by plaintiff, Latonya Stewart, shall be GRANTED and that this matter shall be REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 15, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 6.

Doc#46835

19th JDC - certified copy